UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                  )<br>                   Plaintiff,         )<br>v.                                              )<br>                                                  )<br>BRANDY MINER,                     )<br>                                                  )<br>                   Defendant.      ) | CASE NUMBER: 2:12-cr-00316-WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brandy Miner</u>; Case <u>2:12-cr-00316-WBS</u> from custody and for the following reasons:

      \_    Release on Personal Recognizance

      \_    Bail Posted in the Sum of _____

      X    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>; co-signed by Jeremy Wilson

      \_    Appearance Bond with 10% Deposit

      \_    Appearance Bond secured by Real Property

      \_    Corporate Surety Bail Bond

      X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/12/2012</u> at 2:15 pm.

By _____
Kendall J. Newman
United States Magistrate Judge