UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
September 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>             Plaintiff,                       )<br>v.                                                  )<br>                                                     )<br>BRANDY MINER,                          )<br>                                                     )<br>             Defendant.                   )  | CASE NUMBER: 2:12-cr-00316-WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brandy Miner</u>; Case <u>2:12-cr-00316-WBS</u> from custody and for the following reasons:

       \_    Release on Personal Recognizance

       \_    Bail Posted in the Sum of _____

      <u>X</u>    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>; co-signed by Jeremy Wilson

       \_    Appearance Bond with 10% Deposit

       \_    Appearance Bond secured by Real Property

       \_    Corporate Surety Bail Bond

      <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>   9/12/2012   </u> at 2:15 pm.

By   /s/  
Kendall J. Newman
United States Magistrate Judge